**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-MC-60957-LEIBOWITZ/AUGUSTIN-BIRCH**

NORTHPOINT COMMERCIAL
FINANCE LLC,

  **Plaintiff,**

**v.**

**TIME OUT COMMUNITIES, LLC,** *et al.*,

  **Defendants,**

_____/

**REPORT AND RECOMMENDATION ON**
**PLAINTIFF'S MOTION FOR CONTINUING WRIT OF**
**GARNISHMENT AGAINST SALARY, WAGES AND DIRECTOR'S FEES**

This cause comes before the Court on Plaintiff Northpoint Commercial Finance LLC's Motion for Continuing Writ of Garnishment Against Salary, Wages and Director's Fees.  DE 27. Through the Motion, Plaintiff seeks the ability to garnish Defendant Neil Carmichael Bender, II's salary, wages, and fees from Bender Marketing Solutions, LLC.  The Court ordered Plaintiff to serve the Motion on both Defendant Bender and Bender Marketing Solutions, and Plaintiff did so. DE 30; DE 31.  Defendant Bender and Bender Marketing Solutions have not responded to the Motion, and the time for them to do so has passed.

The Honorable David S. Leibowitz, United States District Judge, referred the Motion to the undersigned United States Magistrate Judge for a report and recommendation.  DE 29.  The Court has carefully reviewed the Motion and the record and is fully advised in the premises.  As set forth below, the Court recommends that the Motion [DE 27] be **GRANTED**.

Plaintiff registered in this District an amended judgment entered in April of 2025 in the Northern District of Georgia.  DE 1.  The amended judgment is in Plaintiff's favor and against several Defendants, jointly and severally, in the amount of $19,851,048 plus interest.  *Id.* at 2–4. One of those Defendants is Defendant Bender.  *Id.* at 2.  Plaintiff now moves for entry of a writ to continually garnish the salary, wages, and fees that Defendant Bender would receive from Bender Marketing Solutions.  DE 27.  Plaintiff states that, as of the date it filed the Motion, not less than $17,934,331.10 remained due and owing on the amended judgment.  *Id.* at 3.

The procedure for execution of a money judgment "must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies."  Fed. R. Civ. P. 69(a)(1).  Under Florida law, "[e]very person or entity who has sued to recover a debt or has recovered judgment in any court against any person or entity has a right to a writ of garnishment." Fla. Stat. § 77.01.

> [I]f salary or wages are to be garnished to satisfy a judgment, the court shall issue a continuing writ of garnishment to the judgment debtor's employer which provides for the periodic payment of a portion of the salary or wages of the judgment debtor as the salary or wages become due until the judgment is satisfied or until otherwise provided by court order.

*Id.* § 77.0305.  The "writ shall require the garnishee to serve an answer on the plaintiff within 20 days after service of the writ stating whether the garnishee is indebted to the defendant at the time of the answer, or was indebted at the time of service of the writ."  *Id.* § 77.04.  The writ must have as an attachment a notice to defendant containing specific warnings and procedures. *Id.* § 77.041(1).

In accordance with Florida law, the Court recommends that Plaintiff's Motion for Continuing Writ of Garnishment Against Salary, Wages and Director's Fees [DE 27] be **GRANTED**.  The Court recommends entry of an Order directing the Clerk of Court to issue the

continuing writ of garnishment attached to the Motion, which contains a notice to defendant [DE 27-1].  Plaintiff must mail the writ of garnishment, the notice to defendant, and a copy of its Motion to Defendant Bender and file a certificate of service.  Fla. Stat. § 77.041(2).

Within fourteen days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b).  The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1.

**DONE AND SUBMITTED** in Chambers at Fort Lauderdale, Florida, this 21st day of April 2026.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE