**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-mc-60957-LEIBOWITZ/AUGUSTIN-BIRCH**

NORTHPOINT COMMERCIAL
FINANCE, LLC,

   *Plaintiff*,

v.

TIME OUT COMMUNITIES, LLC,
*et al.*,

   *Defendants.*

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

  **THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Motion for Continuing Writ of Garnishment against Salary, Wages, and Directors' Fees [ECF No. 34] (the "R&R"), filed on April 15, 2026, recommending that Plaintiff's Motion [ECF No. 27] ("the Motion") be GRANTED.  [ECF No. 34 at 1–2].  The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 29].  No objections to the R&R were filed during the 14-day objection period.  Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

  1. The Magistrate Judge's Report and Recommendation [ECF No. 34] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

  2. Plaintiff's Motion for Continuing Writ of Garnishment against Salary, Wages, and Director's Fees as to Garnishee [**ECF No. 27**] is **GRANTED**.

  3. *The Clerk* is directed to issue the continuing writ of garnishment attached to the Motion [ECF No. 27-1].  Plaintiff must mail the writ of garnishment, the notice to defendant, and a copy of its Motion to Defendant Bender and file a certificate of service.  Fla. Stat. § 77.041(2).

1

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record